**Nathaniel Albert SHELL,
Petitioner–Appellant,**

v.

**Colie L. RUSHTON, Warden of McCormick Correctional Institution; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 02–6761.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 9, 2002.

Decided Sept. 24, 2002.

Nathaniel Albert Shell, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Nathaniel Albert Shell seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Shell has not made a substantial showing of the denial of a constitutional right. *See Shell v. Rushton,* No. CA–02–964–2–20AJ (D.S.C. filed Apr. 16, 2002, entered Apr. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*